ACCEPTED
01-15-00354-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 2:20:35 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00354-CV

IN THE COURT OF APPEALS
FIRST JUDICIAL DISTRICT
STATE OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 2:20:35 PM
CHRISTOPHER A. PRINE
Clerk

**Harris County, Texas,**

**and**

**The State of Texas, acting by and through the Texas Commission on Environmental Quality, a necessary and indispensable party,**

*Appellants/Cross-Appellees,*

**v.**

**International Paper Company,**

*Appellee/Cross-Appellant.*

ON APPEAL FROM HARRIS COUNTY, TEXAS
THE 295TH DISTRICT COURT
NO. 2011-76724

UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE AND CROSS-APPELLANT BRIEF

Winstol D. Carter, Jr.
Texas Bar No. 03932950
Craig A. Stanfield
Texas Bar No. 24051371
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
T. 713.890.5000
F. 713.890.5001

Allyson N. Ho
Texas Bar No. 24033667
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
T. 214.466.4000
F. 214.466.4001

*Attorneys for International Paper Company*

International Paper Company respectfully requests that this Court extend the time to file its appellee and cross-appellant brief by 30 days until January 13, 2016. *See* TEX. R. APP. P. 38.6(d).

International Paper is the appellee and cross-appellant in this matter. Harris County, Texas and the State of Texas are the appellants and cross-appellees. Harris County and the State filed their appellant briefs on November 13, 2015. International Paper's appellee and cross-appellant brief is currently due on December 14, 2015.

"[T]he appellate court may extend the time for filing a brief . . . . A motion to extend the time to file a brief may be filed before or after the date the brief is due." TEX. R. APP. P. 38.6(d); *see also* TEX. R. APP. P. 10.5(b)(1) (listing requirements for motions to extend time).

International Paper requests an additional 30 days to file its appellee and cross-appellant brief, extending the time until January 13, 2016. Harris County and the State are unopposed to the extension. International Paper has not sought a prior extension.

The requested extension is necessary because counsel for International Paper has multiple upcoming deadlines. Please see the following:

- Ms. Ho has an amicus curiae brief due on November 27, 2015 in *Douglas Cnty. School District, et al. v. Taxpayers for Public Education* (Supreme Court of the United States, No. 15-557).

- Ms. Ho has a petition for en banc rehearing due on December 11, 2015 in *EEOC v. McLane Co., Inc.* (U.S. Court of Appeals for the Ninth Circuit, No. 13-15126).

- Ms. Ho has a reply brief due on December 24, 2015 in *Oil States Energy Servs. v. Greene's Energy Grp.* (U.S. Court of Appeals for the Federal Circuit, No. 15-1855).

- Ms. Ho has a petition for writ of certiorari due on January 4, 2016 in *Bible v. United Student Aid Funds, Inc.* (Petition to Supreme Court of the United States from U.S. Court of Appeals for the Seventh Circuit, No. 14-1806).

- Ms. Ho has a brief due on January 13, 2016 in *AIG Specialty Ins. Co. v. Tesoro Corp. et al.* (U.S. Court of Appeals for the Fifth Circuit, No. 15-50953).

- Ms. Ho has a brief due on January 18, 2016 in *Felicia Carter, et al v. Westlex Corporation, et al.* (U.S. Court of Appeals for the Fifth Circuit, No. 15-20561).

- Ms. Ho has an amicus curiae brief due on January 21, 2016 in *NLRB v. Banner Health System* (U.S. Court of Appeals for the D.C. Circuit, No. 15-1245).

- Ms. Ho has oral argument scheduled for January 26, 2016 in *Lund v. Rowan Cnty.* (U.S. Court of Appeals for the Fourth Circuit, No. 15-1591).

- Ms. Ho has a brief due on January 28, 2016 in *Stevens v. Rite Aid Corp.* (U.S. Court of Appeals for the Second Circuit, No. 15-277).

- Mr. Carter and Mr. Stanfield are counsel in a fast-moving arbitration in *Motiva Enterprises LLC v. ACE American Ins. Co., et al.* The fact discovery deadline for that arbitration is January 22, 2016. Between now and that time, twenty-two depositions are currently scheduled, the parties have agreed to schedule three more, and the parties hope to schedule fourteen additional depositions. The parties must also designate experts by December 11, 2015.

In addition, the Thanksgiving holiday is next week. Given these deadlines and the upcoming holiday, International Paper seeks a 30-day extension so that its

2

counsel has adequate time to prepare the brief, and International Paper has adequate time to review it. International Paper contends that these reasons are sufficient for the Court to grant an extension. *See* TEX. R. APP. P. 10.5(b)(1) (requiring "facts relied on to reasonably explain the need for an extension"); Order dated May 14, 2015 ("Motions for extensions of time will be considered **only under extraordinary circumstances**." (emphasis in original)).

## CONCLUSION & PRAYER

For the foregoing reasons, International Paper respectfully requests that this Court grant this Unopposed Motion to Extend the Time to File its Appellee and Cross-Appellant Brief and extend the deadline to file that Brief to January 13, 2016.

Date: November 18, 2015                    Respectfully submitted,


/s/ *Allyson N. Ho*
Allyson N. Ho
Texas Bar No. 24033667
aho@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
T.  214.466.4000
F.  214.466.4001

Winstol D. Carter, Jr.
Texas Bar No. 03932950
wcarter@morganlewis.com
Craig A. Stanfield
Texas Bar No. 24051371
cstanfield@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
T.  713.890.5000
F.  713.890.5001

**CERTIFICATE OF CONFERENCE**

I certify that that on November 18, 2015, I conferred by email regarding the motion with counsel for all parties to this appeal. All parties are unopposed to the relief sought in the foregoing document.

/s/ *Allyson N. Ho*
Allyson N. Ho

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on the following parties via e-filing and email in compliance with the requirements of the Texas Rules of Appellate Procedure on November 18, 2015:

| | |
|---|---|
| Rock W.A. Owens<br>Vince Ryan<br>Terence L. O'Rourke<br>OFFICE OF HARRIS COUNTY ATTORNEY<br>1019 Congress, Room 1547<br>Houston, Texas 77002<br>rock.owens@cao.hctx.net<br><br>Debra Tsuchiyama Baker<br>Earnest W. Wotring<br>John Muir<br>David George<br>BAKER WOTRING, LLP<br>600 Travis, Suite 700<br>Houston, Texas 77002<br>dbaker@connellybaker.com<br>ewotring@connellybaker.com<br>jmuir@connellybaker.com<br>dgeorge@connellybaker.com<br><br>***Attorneys for Harris County, Texas*** | Mary E. Smith<br>Anthony W. Benedict<br>Linda B. Secord<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ENVIRONMENTAL PROTECTION DIVISION<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>mary.smith@texasattorneygeneral.gov<br>anthony.benedict@texasattorneygeneral.gov<br>linda.secord@texasattorneygeneral.gov<br><br>***Attorneys for the State of Texas*** |

/s/ *Allyson N. Ho*
Allyson N. Ho